**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| ANNA LANGE,                 ) | |
| ) | |
| ) | |
| ) | |
| **Plaintiff,**            ) | |
| ) | |
| **v.**               ) | **CIVIL ACTION NO. 5:19-cv-392 (MTT)** |
| ) | |
| HOUSTON COUNTY, GEORGIA, *et al.*,   ) | |
| ) | |
| ) | |
| **Defendants.**      ) | |
| _____ ) | |

## ORDER

The Plaintiff moves for an extension of time to file (i) a response to Defendant Houston County, Georgia's motion for judgment on the pleadings (Doc. 31), (ii) a response to the other Defendants' motion to dismiss the complaint (Doc. 29),  and (iii) a reply for the Plaintiff's motion for a preliminary injunction (Doc. 28).  Doc. 34.  The Plaintiff requests that all three deadlines be extended to January 14, 2020.  *Id.* at 3.  The Defendants do not oppose the motion.  *Id.*  The Plaintiff's motion for an extension (Doc. 34) is **GRANTED**.  The Plaintiff shall have until January 14, 2020 to file the briefs.

**SO ORDERED**, this 17th day of December, 2019.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT