IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ANNA LANGE,<br><br>        Plaintiff,<br><br>v.<br><br>HOUSTON COUNTY, GEORGIA; HOUSTON COUNTY BOARD OF COMMISSIONERS; Houston County Commissioners TOMMY STALNAKER, H. JAY WALKER III, GAIL ROBINSON, LARRY THOMSON, TOM MCMICHAEL, BARRY HOLLAND, and ROBBIE DUNBAR, in their Official and Individual Capacities; and Houston County Director of Personnel KENNETH CARTER, in his Official and Individual Capacity,<br><br>        Defendants. | Civil Action No.:<br><br>5:19-CV-00392-MTT |

## UNOPPOSED MOTION FOR LEAVE TO FILE OMNIBUS RESPONSE AND TO EXTEND PAGE LIMITS

COMES NOW Plaintiff Anna Lange (hereinafter, "Plaintiff") by and through the undersigned counsel and respectfully files her Unopposed Motion for Leave to File Omnibus Response and to Extend Page Limits, requesting that the Court enter an order allowing her to file a single response and extending the page limit for her brief in response to Defendants' Motion to Dismiss and Motion for Judgment on the Pleadings, showing the Court as follows:

1.

Plaintiff is not aware of any of this Court's rules that would prohibit the filing of a single brief in response to multiple motions. According to Rule 7.4 of this Court, briefs in support of or in response to a motion are limited to twenty (20) pages.

2.

On December 4, 2019, Defendants separately filed a Motion to Dismiss (Doc. 29) and a Motion for Judgment on the Pleadings (Doc. 31), which the Court should note raise distinct issues of law and fact.

3.

However, because there are some overlapping issues of law and fact, and in an effort to provide a succinct, effective response to said Motions, Plaintiff intends to file one brief that is responsive to both Motions.

4.

If Plaintiff were to file separate briefs in response to the Motions, this Court's rules would permit her to file two, twenty-page briefs, totaling forty pages.

5.

An extension of the page limit is requested and necessary to allow Plaintiff to submit a full and complete, but single response to Defendants' Motions. Plaintiff has discussed the instant request with Defendants, who have stated that they do not oppose this Motion.

WHEREFORE, Plaintiff Anna Lange respectfully requests that the Court enter an order extending the page limitations for her single brief in response to Defendants' Motion to Dismiss and Motion for Judgment on the Pleadings to thirty-five (35) pages.

[*Signature Page Follows*]

Respectfully submitted, this 9th day of January, 2020.

*/s/ Kenneth E. Barton III*

| | |
|---|---|
| KENNETH E. BARTON III<br>Ga. State Bar No. 301171<br>M. DEVLIN COOPER<br>Ga. State Bar No. 142447<br><br>COOPER, BARTON & COOPER<br>170 College Street<br>Macon, GA 31201<br>(478) 841-9007 tel.<br>(478) 841-9002 fax<br>keb@cooperbarton.com<br>mdc@cooperbarton.com<br><br>Wesley Powell<br>*Admitted pro hac vice*<br>Mary Eaton<br>*Admitted pro hac vice*<br>Jill K. Grant<br>*Admitted pro hac vice*<br>Sarah Matlack Wastler<br>*Admitted pro hac vice*<br><br>WILLKIE FARR & GALLAGHER LLP<br>787 Seventh Avenue<br>New York, NY 10019-6099<br>(212) 728-8000 tel.<br>(212) 728-8111 fax<br>wpowell@willkie.com<br>meaton@willkie.com<br>jgrant@willkie.com<br>swastler@willkie.com | David Brown<br>*Admitted pro hac vice*<br>Noah E. Lewis<br>*Admitted pro hac vice*<br><br>TRANSGENDER LEGAL DEFENSE<br>EDUCATION FUND, INC.<br>520 8th Ave. Ste. 2204<br>New York, NY 10018<br>(646) 862-9396 tel.<br>(646) 930-5654 fax<br>dbrown@transgenderlegal.org<br>nlewis@transgenderlegal.org<br><br>Kevin M. Barry<br>*Admitted pro hac vice*<br><br>QUINNIPIAC UNIVERSITY SCHOOL OF<br>LAW LEGAL CLINIC<br>275 Mount Carmel Ave.<br>Hamden, CT 06518<br>(203) 582-3238 tel.<br>(203) 582-3237 fax<br>legalclinic@quinnipiac.edu |

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the foregoing UNOPPOSED MOTION FOR LEAVE TO FILE OMNIBUS RESPONSE AND TO EXTEND PAGE LIMITS to the Clerk of Court using the CM/ECF system, which will automatically send electronic mail notification of such filing to the following counsel of record, who are CM/ECF participants:

R. Read Gignilliat, Esq.
Sharon P. Morgan, Esq.
Patrick L. Lail
Elarbee, Thompson, Sapp & Wilson, LLP
800 International Tower
229 Peachtree Street, N.E.
Atlanta, Georgia 30303
gignilliat@elarbeethompson.com
morgan@elarbeethompson.com
lail@elarbeethompson.com
*Attorneys for Defendants*

This 9th day of January, 2020.

/s/ Kenneth E. Barton III
KENNETH E. BARTON III
Georgia Bar No. 301171
M. DEVLIN COOPER
Georgia Bar No. 142447
*Attorneys for Plaintiff*

COOPER, BARTON & COOPER, LLP
170 College Street
Macon, Georgia 31201
(478) 841-9007 telephone
(478) 841-9002 facsimile
keb@cooperbarton.com
mdc@cooperbarton.com