**WILLKIE FARR & GALLAGHER LLP**

1875 K Street, N.W.
Washington, DC 20006-1238

Tel: 202 303 1000
Fax: 202 303 2000

July 16, 2020

**VIA ECF**

Chief Judge Marc Treadwell
United States District Court
475 Mulberry Street
Macon, GA 31201

Re:   *Lange v. Houston County, Georgia, et al,* No.: 5:19-CV-392

Dear Chief Judge Treadwell,

Plaintiff Sgt. Lange writes to respectfully request that your Honor schedule oral argument on her pending Superseding Motion for Preliminary Injunction (ECF 57) ("PI Motion") to be heard at the same time as oral argument on Defendants' motions to dismiss (ECF 61 and 62) ("MTDs"), which are currently scheduled to be heard on August 10, 2020.

On April 10, 2020, Sgt. Lange filed an Amended Complaint (ECF 56) in the above-captioned action as well as the PI Motion requesting that the court bar Defendants from enforcing the discriminatory exclusion currently preventing Sgt. Lange from receiving medically necessary care for her gender dysphoria. Defendants opposed Sgt. Lange's request for preliminary injunction and briefing was fully completed on that motion as of June 18, 2020. Defendants also moved to dismiss the Amended Complaint in two separate motions filed on May 11, 2020. Sgt. Lange has opposed both of those motions (ECF 74) and briefing on both MTDs is expected to be completed on July 16, 2020. On June 10, 2020, the Court issued an order scheduling oral argument on Defendants' pending MTDs for August 10, 2020. The Court has not yet scheduled oral argument on Sgt. Lange's PI Motion.

As set forth in her reply brief in further support of her PI Motion, Sgt. Lange believes that, in the interests of efficiency and fairness, the Court should hear all pending motions together. Consideration of the motions at one consolidated argument is particularly appropriate, because Defendants have premised their arguments in opposition to Sgt. Lange's PI Motion on the alleged strength of their MTDs. (ECF 68 at 3–10). Moreover, delaying an argument on Sgt. Lange's PI motion until after an argument and decision on Defendants' MTDs would be inequitable in light of Sgt. Lange's ongoing harm and her current inability to join the waiting list for surgery. Finally, in light of the COVID-19 pandemic, a

July 16, 2020
Page 2

- 2 -

consolidated argument would have the added benefit of minimizing travel and other potential exposures resulting from multiple arguments (should the arguments proceed in person).

For these reasons, we respectfully request that oral argument for the PI Motion be heard in conjunction with argument on Defendants' MTDs on August 10, 2020.

                                                  Respectfully submitted,

                                                  /s/ Sarah M. Wastler

cc: All Counsel of Record, via ECF