IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ANNA LANGE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 5:19-cv-392 (MTT) |
| | ) |
| HOUSTON COUNTY, Georgia, *et al.*, | ) |
| | ) |
| Defendants. | ) |

### ORDER

The Defendants have stipulated that if Plaintiff Anna Lange has viable official-capacity claims, the Sheriff and Houston County are the proper parties to answer for those claims. The Plaintiff has accepted this stipulation. Of course, the Sheriff and Houston County deny the Plaintiff has viable claims and retain all defenses they have raised. Thus the parties are in agreement that the interests of the individual Defendants in their official capacities, except for Sheriff Talton, are identical to those of Defendant Houston County. Accordingly, the official-capacity claims against Defendants Stalnaker, Walker, Robinson, Thomson, McMichael, Holland, Carter, and the Houston County Board of Commissioners, are **DISMISSED** without prejudice as redundant of the claims against the County. If discovery reveals that any of those claims are not redundant, Plaintiff Anna Lange may amend her complaint to add the claims back in.

**SO ORDERED**, this 20th day of August, 2020.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT