

The Rosewood　　(478) 841-9007 tel
170 College Street　(478) 841-9002 fax
Macon, Georgia 31201　cooperbarton.com

KENNETH E. BARTON
KEB@COOPERBARTON.COM

October 30, 2020

**VIA CM/ECF**
Hon. Marc T. Treadwell, Chief Judge
United States District Court
475 Mulberry Street
Macon, Georgia 31201

  Re: **Renewed Request for Oral Argument**
    *Anna Lange v. Houston County, Georgia, et al.*
    U.S. District Court, Middle District of Georgia (Civil Action No. 5:19-cv-00392-MTT)
    *Cooper, Barton & Cooper File No.: 15888.0001*

Dear Judge Treadwell:

  Sgt. Lange writes to respectfully renew her request that your Honor schedule oral argument on her pending Superseding Motion for Preliminary Injunction (Doc. 57) ("PI Motion").

  On April 10, 2020, Sgt. Lange filed an Amended Complaint (Doc. 56) in the above-captioned action aswell as the PI Motion requesting that the Court bar Defendants from enforcing the discriminatory exclusion currently preventing Sgt. Lange from receiving medically necessary care for her gender dysphoria. Defendants opposed Sgt. Lange's request for preliminary injunction, and briefing was fully completed on that motion on June 18, 2020.

  Separately, Defendants also moved to dismiss the Amended Complaint in two separate motions filed on May 11, 2020 ("MTDs"). Defendants urged the Court to "consider their [MTDs] before considering Plaintiff's Motion for Preliminary Injunction" "because these arguments are potentially dispositive." (Doc. 63 at fn. 7). Plaintiff opposed this delay in her PI reply brief (Doc. 73) and by letter on July 17, 2020 (Doc. 78), instead requesting that the Court hear all motions concurrently. On August 20, 2020, your Honor held oral argument on Defendants' MTDs only. The PI Motion has remained pending, and Sgt. Lange has continued to suffer irreparable injury as a result of her inability to access medically necessary healthcare.

  Today the Court issued its Order and Opinion denying Defendant Talton's Motion to Dismiss for Lack of Jurisdiction (Doc. 61) and granting in part and denying in part Defendants' Motion to Dismiss (Doc. 62) ("MTD Opinion"). Based on the Court's MTD Opinion, Sgt. Lange has submitted briefing and evidence demonstrating a substantial likelihood of success on the merits *at least* as to her Title VII and federal equal protection claims against the remaining Defendants. *See* PI Motion at 8–10 (equal protection), 11–12 (Title VII); *see also* Reply in Support of PI Motion (Doc. 73). Accordingly, Sgt. Lange respectfully requests that

the Court schedule oral argument on her PI Motion as to those two claims against the remaining Defendants as expeditiously as possible to prevent further irreparable harm.

Yours respectfully,

KENNETH E. BARTON

KEB/nagm
cc:
    Counsel of record (via CM/ECF)
158880001.L23.Court.PI Oral Argument