IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| ANNA LANGE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 5:19-CV-00392-MTT |
| HOUSTON COUNTY, GEORGIA; and | ) | |
| Houston County Sheriff CULLEN | ) | |
| TALTON, in his official capacity, | ) | |
| | ) | |
| Defendants. | ) | |

## **CONSENT ORDER FOR EXPEDITED DISCOVERY**

Plaintiff and Defendants jointly propose this Consent Order for Expedited Discovery. Plaintiff filed her Amended Complaint (Doc. 56) and her Superseding Motion for Preliminary Injunction (Doc. 57) on April 10, 2020. Defendants filed Motions to Dismiss (Doc. 61 and 62) on May 11, 2020. The Court held a hearing on Defendants' potentially fully-dispositive Motions on August 19, 2020, and issued an Order granting in part and denying in part the Motions on October 30, 2020 (Doc. 89). Plaintiff now seeks expedited discovery to support her Superseding Motion for Preliminary Injunction, and the parties have worked together to identify the scope and parameters of such discovery as set forth below:

1. Expedited discovery shall be limited in scope to the issue of Defendants' alleged discriminatory intent under the remaining claims, and Defendants' defenses to such alleged intent;

2. The parties may immediately serve up to a total of 5 written interrogatories per party, which must be answered within twenty (20) business days of service;

3. The parties may immediately serve up to a total of 5 requests for admission per party, which must be answered within twenty (20) business days of service;

4. The parties may immediately serve up to a total of 5 requests for production of documents per party. Any documents requested in such requests for production must be produced within twenty (20) business days of service.

5. The parties may immediately notice up to 5 depositions per side, which shall be subject to the following conditions:

    a. a deposition must be completed within forty (40) business days of service of the notice;

    b. depositions may be taken by remote means;

    c. in light of the limited scope of discovery, each deposition shall be limited to no more than 3 hours and 30 minutes;

    d. any deponent may be subject to a second deposition after expedited discovery, which shall be limited in duration to seven hours minus the duration of the expedited discovery deposition (Local Rule 30.2, M.D. Ga.);

6. The parties may immediately serve subpoenas on relevant non-parties and any documents requested in such subpoenas must be produced within fifteen (15) business days of service. Any documents produced by third-parties shall be shared with all parties within three (3) business days.

7. The parties may serve deposition notices and written discovery requests allowed by this Order via email and such service is effective on the day the service is made; and

8. The parties may agree to extend the internal deadlines above without Court approval. All expedited discovery on the issue of discriminatory intent must be completed by February 26, 2021.

**SO ORDERED,** this 20th day of November, 2020.

                                        S/ Marc T. Treadwell
                                        MARC T. TREADWELL, CHIEF JUDGE
                                        UNITED STATES DISTRICT COURT