UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ANNA LANGE, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Civil Action No. 5:19-CV-00392 |
| HOUSTON COUNTY, GEORGIA, *et al.*, | ) ) ) |
| Defendants. | ) ) ) ) |

## DECLARATION OF DAVID BROWN

1. I am counsel to Plaintiff Sgt. Anna Lange in this matter. I offer this declaration in support of Sgt. Lange's opposition to Defendant Houston County's motion for partial reconsideration of the Court's order partially granting and partially denying Defendants' Motion to Dismiss.

2. On November 12, 2020, I received an email from Sgt. Lange attaching a notice from Kenneth Carter, the Director of Personnel, to certain Houston County full-time employees regarding "Open Enrollment Highlights 2020" for health insurance and coverage.

3. The notice also attaches the following documentation that was personalized specifically for Sgt. Lange: 1) benefit election form; 2) benefit options; 3) plan summaries; and 4) a total compensation statement.

4. The notice states that "[t]here will be no changes to the health, dental and vision plan for 2021."

5. The notice was given to Sgt. Lange at her workplace on November 12, 2020.

6. Attached hereto as Exhibit A is a true and correct copy of Houston County's "Open Enrollment Highlights 2020," and the personalized attachments.  Non-pertinent, personal information has been redacted from the document.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 30, 2020.


*/s/ David Brown*
David Brown

# Exhibit A



**Houston County Personnel Department**
Houston County Board of Commissioners
200 Carl Vinson Parkway
Warner Robins, GA 31088
478/542-2005 (Office)     478/542-2118 (Fax)

To:     Houston County Full-time Employees
From:   Ken Carter, Director of Personnel
Re:     Open Enrollment Highlights 2020

---

This year's Open Enrollment will be held from **November 30th through December 4th.** Remember that all benefit changes you make during Open Enrollment will be effective on January 1, 2021.

Open Enrollment is your annual opportunity to evaluate and review the benefits you currently have, determine your coverage needs for next year, and make the appropriate benefit changes. This is also the best time to ensure that your address, phone number, and beneficiaries are up to date.

This year due to the current pandemic, Open Enrollment will be limited to those who **only need to make any changes**. Since we typically have a large number of "no-changes", if after review of your current benefits you determine that you have no changes then you can simply sign the form and return it to the Personnel department before November 30, 2020. This way we will have your "no change" form on file in case you decided that you do want to make changes. Also, if you think you need to make changes but decide during open enrollment that you do not, then you can drop by your form either at the Personnel Department or open enrollment location.

The Health Care Reform fee will stay suspended for 2021. It is important to note that there is current discussion in the House of Representatives to add a tax (fee) on all health plans. If this happens then the Health Care Reform fee will be reinstated to match the tax (fee).

There will be no changes to the health, dental and vision plan for 2021.

There is a slight increase in the Long-term disability premium, however, this increase is minor and should be minimal or not noticed due to salary and age changes.

The Open Enrollment Highlight contains benefit information for the Health, Dental, Vision, Life, Disability and Colonial Supplemental Plans. I encourage you to review this document with your family to see which coverage may be right for you. My office is available for any questions you may have.

Included with the Open Enrollment Highlights, you will find a summary of your current benefits and payroll deductions. For anyone who has a premium change in their voluntary life insurance due to an age bracket change, you will have a letter outlining your new premiums for 2021.

Please take some time to review the benefit information included and let us know if you have any questions.

Remember if you have no changes you can sign your form and return it to personnel at any time before November 30, 2021 and you do not have to attend open enrollment.

Personnel File Copy

| Emp. #: ▮▮▮ | Dept. #: 3245 |

**Employee:** ANNA LANGE

**Address:** ▮▮▮

# HOUSTON COUNTY BOARD OF COMMISSIONERS - 2021 PLAN YEAR BENEFIT ELECTION FORM

If you choose to make "No Changes" to your benefits for the 2021 Plan Year, please check and sign below.
IF YOU WOULD LIKE TO ADD, CHANGE OR DROP ANY OF THE COVERAGE'S SHOWN BELOW, YOU MUST MEET WITH THE BENEFIT REPRESENTATIVES SO THAT ADDITIONAL APPLICATIONS CAN BE COMPLETED.

In the event this form is not completed, signed and returned, your current benefit elections and payroll deductions will automatically carry forward to the 2021 plan year.

Please note: If you have either of the disability plans or voluntary life insurance and have had a salary change or have moved into a new age bracket your benefits/payroll deductions will automatically be updated as shown below.

Listed below you will find a summary of your current benefits and payroll deduction amounts (Please note that some payroll deduction amounts may differ slightly due to rounding):

| PLAN | SUMMARY OF BENEFITS | 2020 DEDUCTION | 2021 DEDUCTION |
|---|---|---|---|
| Basic Life / AD&D Insurance (Paid for by HCBOC) | ▮▮▮ | ▮▮▮ | ▮▮▮ |
| Dependent Life: $2,000 Spouse / $2,000 Children | ▮▮▮ | ▮▮▮ | ▮▮▮ |
| Anthem Health Insurance Plan | POS Plan / Employee Only | $10.00 | $10.00 |
| Anthem Dental Insurance Plan | ▮▮▮ | ▮▮▮ | ▮▮▮ |
| Anthem Vision Insurance Plan | ▮▮▮ | ▮▮▮ | ▮▮▮ |
| Voluntary Life Insurance - Employee | ▮▮▮ | | |
| Voluntary Life Insurance – Spouse | ▮▮▮ | ▮▮▮ | ▮▮▮ |
| Voluntary Life Insurance – Children | ▮▮▮ | | |
| Short Term Disability (30 Day Waiting Period) | ▮▮▮ | ▮▮▮ | ▮▮▮ |
| Long Term Disability (360 Day Waiting Period) | ▮▮▮ | ▮▮▮ | ▮▮▮ |
| Colonial Cancer Plan | ▮▮▮ | ▮▮▮ | ▮▮▮ |
| Colonial Accident Plan | ▮▮▮ | ▮▮▮ | ▮▮▮ |
| Colonial Hospital Confinement Supplemental Plan | ▮▮▮ | ▮▮▮ | ▮▮▮ |
| Colonial Critical Illness Plan | ▮▮▮ | ▮▮▮ | ▮▮▮ |
| Legal Shield | ▮▮▮ | ▮▮▮ | ▮▮▮ |
| Nationwide | ▮▮▮ | ▮▮▮ | ▮▮▮ |
| Lincoln National | ▮▮▮ | ▮▮▮ | ▮▮▮ |

☐ I have reviewed the Open Enrollment information as well as my current benefits and premiums and **Do Not** wish to make any changes. I understand that the benefits listed on this statement will remain in effect throughout the end of the benefit year unless I have a qualifying event as defined by the Section 125 Plan. I also understand that my payroll deduction amounts will be updated in accordance with my coverage elections. Every effort has been made to insure the coverage and deductions listed are correct – in the event of any errors, the coverage and deductions on record prevail.

**Signature** _____ **Date** _____

Employee Copy

| Emp. #: ▮ | Dept. #: 3245 |

**Employee:** ANNA LANGE
**Address:** ▮

# HOUSTON COUNTY BOARD OF COMMISSIONERS - 2021 PLAN YEAR BENEFIT ELECTION FORM

If you choose to make "<u>No Changes</u>" to your benefits for the 2021 Plan Year, please check and sign below.
<u>IF YOU WOULD LIKE TO ADD, CHANGE OR DROP ANY OF THE COVERAGE'S SHOWN BELOW, YOU MUST MEET WITH THE BENEFIT REPRESENTATIVES SO THAT ADDITIONAL APPLICATIONS CAN BE COMPLETED.</u>

<u>In the event this form is not completed, signed and returned, your current benefit elections and payroll deductions will automatically carry forward to the 2021 plan year.</u>

Please note: If you have either of the disability plans or voluntary life insurance and have had a salary change or have moved into a new age bracket your benefits/payroll deductions will automatically be updated as shown below.

Listed below you will find a summary of your current benefits and payroll deduction amounts (Please note that some payroll deduction amounts may differ slightly due to rounding):

| PLAN | SUMMARY OF BENEFITS | 2020 DEDUCTION | 2021 DEDUCTION |
|---|---|---|---|
| Basic Life / AD&D Insurance (Paid for by HCBOC) | ▮ | ▮ | ▮ |
| Dependent Life: $2,000 Spouse / $2,000 Children | ▮ | ▮ | ▮ |
| Anthem Health Insurance Plan | POS Plan / Employee Only | $10.00 | $10.00 |
| Anthem Dental Insurance Plan | ▮ | ▮ | ▮ |
| Anthem Vision Insurance Plan | ▮ | ▮ | ▮ |
| Voluntary Life Insurance - Employee | ▮ | ▮ | ▮ |
| Voluntary Life Insurance – Spouse | ▮ | ▮ | ▮ |
| Voluntary Life Insurance – Children | ▮ | | |
| Short Term Disability (30 Day Waiting Period) | ▮ | ▮ | ▮ |
| Long Term Disability (360 Day Waiting Period) | ▮ | ▮ | ▮ |
| Colonial Cancer Plan | ▮ | ▮ | ▮ |
| Colonial Accident Plan | ▮ | ▮ | ▮ |
| Colonial Hospital Confinement Supplemental Plan | ▮ | ▮ | ▮ |
| Colonial Critical Illness Plan | ▮ | ▮ | ▮ |
| Legal Shield | ▮ | ▮ | ▮ |
| Nationwide | ▮ | ▮ | ▮ |
| Lincoln National | ▮ | ▮ | ▮ |

☐ I have reviewed the Open Enrollment information as well as my current benefits and premiums and **Do Not** wish to make any changes. I understand that the benefits listed on this statement will remain in effect throughout the end of the benefit year unless I have a qualifying event as defined by the Section 125 Plan. I also understand that my payroll deduction amounts will be updated in accordance with my coverage elections. Every effort has been made to insure the coverage and deductions listed are correct – in the event of any errors, the coverage and deductions on record prevail.

_____                                                  _____
Signature                                                                                                                    Date



Georgia's Most
Progressive County

# Colonial Life Voluntary Benefit Options

*Don't miss your opportunity to speak with a Colonial Life benefits counselor about the following voluntary plan options.*

**Accident Care Plan:** This plan provides you with cash payments you can use to help offset unexpected medical expenses that result from an accident – regardless of whether it happened on or off the job. Plan includes benefits for initial care and treatment, follow-ups, surgery, physical therapy and transportation. Two plan options are available. Medical insurance enrollment is not required. You may also have premiums withheld on a pre-tax basis to lower the out-of-pocket impact on your paycheck.

**Individual Medical Bridge:** Provides a lump sum benefit payment for covered hospital confinement or out-patient surgeries – just when you need it the most: to help offset income loss, deductibles, co-insurance or any items that were not covered under your major medical plan. You may have premiums withheld on a pre-tax basis to lower the out-of-pocket impact on your paycheck.

**Cancer Assist Plan:** Provides benefits paid directly to you if you are diagnosed with cancer. Benefits covered for your treatment protocol requirements include radiation/chemotherapy, in and out-patient surgery, home health care services, hospital confinements and transportation and lodging for you and a companion. Two plan options are available to fit your individual needs. Medical insurance enrollment is not required. All plans include an annual health screening benefit. Premiums are eligible for pre-tax deduction.

**Critical Care Coverage:** Provides a lump sum payment (based on a face value that you select) that you can use to offset direct or indirect costs related to severe critical illnesses such as heart attack, stroke, renal failure, organ transplant coma or certain occupational infections. The plan includes benefits for subsequent diagnoses of the same or a different critical illness, as well as a $50 health screening benefit.

### Want to know more?

*Be sure to visit with a benefits counselor during the open enrollment meetings!*

*Contact: Jim Snow with Colonial Life*

*478-461-4432*

*jimsnow2@cox.net*

# HOUSTON COUNTY BOARD OF COMMISSIONERS
## 2021 PLAN SUMMARIES

*The information included in this document is intended to summarize the coverage and features of the Medical, Dental, Vision, Short & Long Term Disability, and Voluntary Life Plans. Please refer to the actual certificates or policies of each plan for the exact rates, specifications, limitations and exclusions. In the event of any conflict, information in the certificates and policies prevails.*

You have a choice of two health plans through Anthem Blue Cross Blue Shield
You can choose either the PPO Plan or the POS Plan (Point of Service Plan). The POS Plan offers lower deductibles and copayments but has a slightly smaller network of providers to choose from. You can review the providers online at anthem.com
Shown below is a summary comparison of the plans.

### Anthem Blue Cross Blue Shield Health Plan Benefit Comparison

| | POS PLAN | | PPO PLAN | |
|---|---|---|---|---|
| **Payroll Deduction Amounts** | | | | |
| Employee | $10 | | $15 | |
| Employee + One Dependent | $95 | | $105 | |
| Employee + Two or More Dependents | $110 | | $120 | |
| **Medical Benefits** | **POS PLAN** | | **PPO PLAN** | |
| | In-Network | Out-of-Network | In-Network | Out-of-Network |
| Individual Lifetime Maximum | Unlimited | | Unlimited | |
| Deductible Per Calendar Year | | | | |
| Per covered person/Per family Unit | $400 / $1,200 | Included | $600 / $1,800 | Included |
| Coinsurance Paid by Plan After Deductible | | | | |
| Plan Pays | 80% | 60% | 80% | 60% |
| Member Pays | 20% | 40% | 20% | 40% |
| Maximum Out-of-Pocket Per Calendar Year | | | | |
| Per Person / Per Family Unit | $3,000 / $9,000 | $5,500 / $16,500 | $4,000 / $12,000 | $6,500 / $19,500 |
| Plan pays the designated percentage of covered charges until out-of-pocket maximum is reached, at which time the plan will pay 100% of the remainder of covered charges for the rest of the calendar year. Physician, Urgent Care and Emergency Room Copayments apply toward the out of pocket maximum. (seperate out of pocket maximum applies to pharmacy) | | | | |
| Physician Office Visit Copayment | | | | |
| Primary Care Physician / Specialist Physician | $20 / $30 | 60% after deductible | $35 / $45 | 60% after deductible |
| Live Health Online - Physician Telemedicine Visit | $0 up to 3 Visits / $10 thereafter | | $0 up to 3 Visits / $10 thereafter | |
| Urgent Care Copayment | $25 | 60% after deductible | $35 | 60% after deductible |
| Preventive Care - Adults and Children | 100% | 70% | 100% | 70% |
| Preventive Care includes office visits, routine annual physical, X-Rays, laboratory blood test, immunizations, gynecological exam, pap smear, mammogram, prostate screening, etc. Preventive Care guidelines are based on the recommendations from the Health & Human Services & other national health organizations. The recommended adult and child screenings, immunizations and test can be found on the Anthem website through member services. | | | | |
| Hospital Emergency Room | | | | |
| Life Threatening Illness or Serious Accidental Injury | $500 | | $500 | |
| Non-emergency Use of Emergency Room | $500 Copayment + deductible and coinsurance | | $500 Copayment + deductible and coinsurance | |
| Hospital Inpatient and Outpatient Services | 80% after deductible | 60% after deductible | 80% after deductible | 60% after deductible |
| Ambulance Service, Durable Medical Equipment, Home Health Care and Hospice Care | 80% after deductible | 60% after deductible | 80% after deductible | 60% after deductible |
| Mental Health/Substance Abuse | | | | |
| Inpatient Hospital and Physician Services | 80% after deductible | 60% after deductible | 80% after deductible | 60% after deductible |
| Outpatient Treatment | $20 | | $35 | |
| Physical Therapy, Occupational Therapy, Respiratory Therapy, Speech Therapy Chiropractor Care Visits per calendar year - 30 | 80% after deductible | 60% after deductible | 80% after deductible | 60% after deductible |
| **Prescription Drugs (Formulary Drug List)** | | | | |
| Prescription Drug Copayments Out of Pocket Maximum - $4,000 Per Person / $8,000 Per Family Unit | | | | |
| Retail Drugs (30 day supply) | | | | |
| Tier 1 Copay | $10.00 | | $10.00 | |
| Tier 2 Copay | $50.00 | | $50.00 | |
| Tier 3 Copay | $100.00 | | $100.00 | |
| Tier 4 Copay (Specialty Medications) | 20%, Maximum of $500 per prescription | | 20%, Maximum of $500 per prescription | |
| Mail Order / Express Scripts (90 day supply) | | | | |
| Tier 1 Copay | $15.00 | | $15.00 | |
| Tier 2 Copay | $75.00 | | $75.00 | |
| Tier 3 Copay | $150.00 | | $150.00 | |
| Tier 4 Copay (Specialty Medications) | 20%, Maximum of $400 per prescription | | 20%, Maximum of $400 per prescription | |

*This benefit summary is only a highlight of the benefits. They are not the Summary Plan Descriptions (SPDs), which actually govern the plan. You will be provided the SPD which will provide a detailed list of covered expenses, exclusions and limitations.*

# Short Term Disability Income Plan:    Coverage is administered by Unum

### (Cost Varies - Based on Age and Salary)

If you have had a salary change or you have moved into a new age bracket your benefits and premium will automatically be updated for 2020. Your new payroll deductions are listed on your benefit statement.

### Employees wishing to increase their benefits will only be allowed to move up one coverage level per year (i.e. from Plan A to Plan B).

Short Term Disability income protection coverage replaces a portion of your income if you are unable to work due to a covered <u>off the job</u> injury or sickness, including maternity.

- Benefits begin after <u>30 days</u> of total disability and can be paid for a maximum of <u>52 weeks</u>
- Plans available:
    - Plan A – paid for by HCBOC - $58 a week ($250 per month)
    - Plan B – 30% of your weekly earnings
    - Plan C – 40% of your weekly earnings
    - Plan D – 50% of your weekly earnings
    - Plan E – 60% of your weekly earnings
- Pre-existing condition limitation – (For New Enrollees and Increases in Coverage)
  
  Benefits are not paid for disabilities caused by or resulting from a pre-existing condition (treatment, consultation or medication 3 months prior to the effective date and the disability begins 12 months after your effective date)

# Long Term Disability Income Plan:    Coverage is administered by Unum

### (Cost Varies - Based on Age and Salary)

If you have had a salary change or you have moved into a new age bracket your benefits and premium will automatically be updated for 2020. Your new payroll deductions will be listed on your benefit statement.

### If you currently do not have the Long Term Disability Coverage and wish to enroll, you will be required to complete a health questionnaire and coverage will only be effective if approved by the Insurance Company, Unum.

Long Term Disability income protection coverage replaces a portion of your income if you are unable to work due to a covered injury or sickness.

- Replaces <u>60%</u> of your salary, up to a maximum monthly benefit of $5,000
- Benefits begin after <u>360 days</u> of total disability
- Benefits are reduced by other sources of income (sick leave, workers compensation, social security and retirement programs)
- Benefits are payable up to your Normal Social Security Retirement Age. Maximum of 24 months for disability due to mental illness.
- Pre-existing condition limitation – (For New Enrollees)
  
  Benefits are not paid for disabilities caused by or resulting from a pre-existing condition (treatment, consultation or medication 12 months prior to the effective date and the disability begins 12 months after your effective date)

## Houston County Total Compensation Statement

Fiscal Year 2021

The Houston County Board of Commissioners is pleased to present your personalized total compensation statement highlighting your total compensation package. Because your overall well-being is important, the benefit program is designed to furnish you with protection against financial hardship due to illness, disability, loss of work, retirement or death. Some of the benefits are mandated by Federal or State legislation; others are provided by the County. Often our day-to-day responsibilities distract us from knowing what protection we have and the value of that protection to us.

Enclosed is an outline and cost analysis of your county-sponsored benefits. Review this information so you are aware of what you have as part of your total compensation.

Should you have any questions about this statement please do not hesitate to contact my office.

Sincerely,

Kenneth Carter, Director of Personnel

Facts About This Report This statement is intended to summarize the value of Houston County's benefit program as it relates to your total compensation. Reasonable measures have been taken to report this information accurately. Payment of any benefit, however, is subject to the actual conditions and terms of the applicable plans rather than to any information contained in this report. The amount of any benefits will be determined in accordance with the legal documents establishing the various plans. This report does not constitute such a legal document.

# Houston County Total Compensation Statement

Fiscal Year 2021

Name: ANNA LANGE                    Department: 3300

Employee Number: ███

## Cash Compensation

Current Hourly Rate: ███                    Current Grade/Step: ███

Annual Salary (based on 43/week): ███

## Benefit Compensation

Health and Dental Insurance ███

Basic Life ███

Basic Short-Term Disability ███

Social Security and Medicare (7.65%) ███

Retirement (31.6%) ███

Workers' Compensation ███

## Total Compensation

Total Compensation Hourly Rate ███

Total Compensation Annual Salary ███

Facts About This Report This statement is intended to summarize the value of Houston County's benefit program as it relates to your total compensation. Reasonable measures have been taken to report this information accurately. Payment of any benefit, however, is subject to the actual conditions and terms of the applicable plans rather than to any information contained in this report. The amount of any benefits will be determined in accordance with the legal documents establishing the various plans. This report does not constitute such a legal document.