# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| ANNA LANGE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 5:19-CV-00392-MTT |
| HOUSTON COUNTY, GEORGIA; and ) | |
| Houston County Sheriff CULLEN ) | |
| TALTON, in his official capacity, ) | |
| ) | |
| Defendants. ) | |

## UNOPPOSED MOTION FOR SECOND CONSENT ORDER EXTENDING EXPEDITED DISCOVERY PERIOD

Defendants Houston County, Georgia and Sheriff Cullen Talton respectfully request that the Court grant their Unopposed Motion for Second Consent Order Extending Expedited Discovery Period and issue an Order substantially in the form of the proposed Consent Order attached to this Motion.

Respectfully submitted this 10th day of March, 2021.

                                          *s/ Patrick L. Lail*
                                        R. Read Gignilliat
                                        Georgia Bar No. 293390
                                        Sharon P. Morgan
                                        Georgia Bar No. 522955
                                        Patrick L. Lail
                                        Georgia Bar No. 431101

ELARBEE, THOMPSON, SAPP &
      WILSON, LLP
800 International Tower
229 Peachtree Street, N.E.
Atlanta, Georgia  30303
(404) 659-6700
(404) 222-9718 (Facsimile)
gignilliat@elarbeethompson.com
morgan@elarbeethompson.com
lail@elarbeethompson.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The undersigned certifies on this 10th day of March 2021, I electronically filed the foregoing **UNOPPOSED MOTION FOR SECOND CONSENT ORDER EXTENDING EXPEDITED DISCOVERY PERIOD** with the Clerk of the Court using the CM/ECF system, which will serve a copy of the same on the following counsel of record:

| | |
|---|---|
| Kenneth E. Barton, III<br>M. Devlin Cooper | Wesley Powell<br>Sara M. Waster<br>Jill K. Grant |
| David Brown<br>Noah E. Lewis<br>Alejandra Caraballo | Kevin M. Barry |

*s/ Patrick L. Lail*
Patrick L. Lail
Georgia Bar No. 431101

ELARBEE, THOMPSON, SAPP &
    WILSON, LLP
800 International Tower
229 Peachtree Street, N.E.
Atlanta, Georgia 30303
(404) 659-6700
(404) 222-9718 (Facsimile)
lail@elarbeethompson.com

*Attorneys for Defendants*