**WILLKIE FARR & GALLAGHER** LLP

1875 K Street, N.W.
Washington, DC 20006-1238

Tel: 202 303 1000
Fax: 202 303 2000

May 19, 2021

**VIA ECF**

Chief Judge Marc Treadwell
United States District Court
475 Mulberry Street
Macon, GA 31201

Re:   *Lange v. Houston County, Georgia, et al,* No.: 5:19-CV-392

Dear Chief Judge Treadwell,

I write to provide the Court with a status update in the above-captioned matter. On November 20, 2020, Your Honor granted the Plaintiff's request to take expedited discovery on the limited issue of the Defendants' discriminatory intent and Defendants' defenses to such intent in connection with Plaintiff's pending Superseding Motion for Preliminary Injunction (Doc. 57) ("PI Motion"). The parties have successfully completed that discovery, including taking six half-day depositions, producing over 2,800 documents, and obtaining discovery from third parties. Since the close of expedited discovery, the parties have engaged in several meet and confer discussions about the next phase of this case. Given the significant amount of discovery accomplished to date, the parties believe they are in a position to quickly conclude the remaining fact discovery and expert discovery in this matter.

**The PI Motion**

On April 10, 2020, Sgt. Lange filed an Amended Complaint (Doc. 56) in the above-captioned action, adding Sheriff Talton as a Defendant, as well as the PI Motion. The PI Motion was fully briefed on June 18, 2020, and the Court has not yet ruled on it. Given the helpful information obtained from the expedited discovery and both parties' desire to move the case to the ultimate resolution as expeditiously as possible, Plaintiff is withdrawing the pending PI Motion without prejudice.

**The Proposed Schedule**

The parties have met and conferred and agree that all remaining fact discovery and expert discovery can be completed in approximately three months. Accordingly, the parties have agreed on a proposed scheduling and discovery order, which we intend to submit in accordance with the Court's instructions.

May 19, 2021
Page 2

- 2 -

In addition, Plaintiff would like to advise the Court that following the completion of discovery, Plaintiff intends to move for summary judgment.

Respectfully submitted,

/s/ Sarah M. Wastler

cc: All Counsel of Record, via ECF

- 3 -

## **CERTIFICATE OF SERVICE**

      I certify that on May 19, 2021, I electronically filed the foregoing with the Clerk of this Court by using the CM/ECF system, which will accomplish service through the Notice of Electronic Filing for parties and attorneys who are Filing Users.

                                       */s/ Sarah M. Wastler*
                                       Sarah M. Wastler