IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ANNA LANGE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 5:19-cv-392 (MTT) |
| | ) |
| HOUSTON COUNTY, Georgia, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

On October 2, 2019, Plaintiff Anna Lange, an employee of the Houston County Sheriff's Office, brought this action against Defendant Houston County, alleging that a provision in their healthcare plan which excludes coverage for "sex change surgery" violated Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act, and the Equal Protection Clause of the Fourteenth Amendment.  Doc. 1.  The Defendants moved to dismiss and for judgment on the pleadings.  On April 10, 2020, Lange filed an amended complaint that added her employer as a defendant.  Doc. 56.  The Defendants filed new motions to dismiss.  Docs. 61; 62.  After two extensions, Lange filed her response, and the Court set a hearing for August 19, 2020.  Docs. 67; 71.  On October 30, the Court entered an Order granting in part and denying in part the Defendants' motion to dismiss.  As narrowed by that Order, Lange's claims depended on whether she could prove the Defendants engaged in intentional discrimination.  Lange initially

requested oral argument on her motion,[1] but then, sensibly, instead moved for expedited discovery on the issue of the Defendants' intent in adopting and maintaining the healthcare exclusion.  Doc. 98.  On November 20, 2020, the Court entered the parties' consent order for expedited discovery, which was to be completed February 26, 2021.  Doc. 100.  The parties jointly moved for an extension, which the Court granted; and the Defendants filed an unopposed motion for a second extension, which the Court also granted.  Expedited discovery ended April 16, 2021.  Docs. 108; 107; 107-1.  Lange did not file a supplemental brief or any evidence obtained in expedited discovery, nor did she move for a hearing.  On May 19, 2021, Lange withdrew her motion for a preliminary injunction.  Doc. 111.  In the notice of withdrawal, she stated that the parties are conducting discovery and can complete it in approximately three months.

Discovery **SHALL** be completed by August 19, 2021, and dispositive and *Daubert* motions are due by September 2, 2021.

**SO ORDERED**, this 26th day of May, 2021.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT

---

[1] Lange describes that motion as having been "fully briefed on June 18, 2020" and notes that "the Court has not yet ruled on it."  Doc. 111.  As the Court pointed out to Lange's lawyers when they requested oral argument, they then had no evidence of intentional discrimination.  "Fully briefed," like Lange's allegations, is not evidence, and the Court could not understand how oral argument could provide such evidence.  Still, the Court offered to immediately hear oral argument and quickly rule on Lange's motion *sans* evidence.  Lange chose to gather evidence.