UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

------------------------------------------------------------x
                                                            :
ANNA LANGE,                                                 :
                                                            :
          Plaintiff;                                    :
                                                            :
v.                                                          :
                                                            :    Civil Action: 5:19–CV–00392-MTT
HOUSTON COUNTY, GEORGIA;                                    :
Houston County Sherriff CULLEN                              :
TALTON, in his official capacity,                           :
                                                            :
          Defendants.                                    :
                                                            :
------------------------------------------------------------x

    THIS MATTER is before the Court upon the Motion of undersigned counsel for Alejandra Caraballo to withdraw as counsel of record for Anna Lange.

    Undersigned counsel, having moved the Court to permit Ms. Caraballo to withdraw from representation on behalf of the Plaintiffs, and good cause appearing therefor,

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Alejandra Caraballo is permitted to withdraw as counsel of record for the Anna Lange. It is further ORDERED that the Clerk shall delete the aforementioned attorney from the notice list.

This the _____ day of _____, 2021.

 

                                                                                      _____
                                                                                     Marc T. Treadwell, Chief Judge
                                                                                     United States District Court