UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

———————————————————x
:
ANNA LANGE, :
:
       Plaintiff; :
:
v. :
: Civil Action: 5:19–CV–00392-MTT
HOUSTON COUNTY, GEORGIA; :
Houston County Sherriff CULLEN :
TALTON, in his official capacity, :
:
       Defendants. :
:
———————————————————x

**MOTION TO WITHDRAW AS COUNSEL**

Pursuant to Rule 83.1.4 of the Local Rules of United States District Court for the Middle District of Georgia, Noah Lewis of the Transgender Legal Defense and Education Fund ("TLDEF") respectfully moves to withdraw as counsel for Anna Lange ("Ms. Lange"). In support of this motion, undersigned counsel states as follows:

    1.    On October 9, 2019, Mr. Lewis entered a petition to plead and practice *pro hac vice* and represent Ms. Lange as counsel for the Transgender Legal Defense and Education Fund ("TLDEF").

    2.    Mr. Lewis has accepted a position outside of TLDEF and has resigned from his position effective August 27, 2021.

3. Mr. Lewis has informed Ms. Lange by email and has obtained her consent to withdraw as counsel.

4. David Brown and Gabriel Arkles will continue to represent Plaintiffs on behalf of TLDEF, and all other counsel who have previously entered notices of appearance on behalf of Ms. Lange will also remain, so there will be no detriment to or disruption to the Plaintiff's legal representation.

5. The undersigned certifies that the granting of this Motion will not delay the proceedings in this matter or this Court.

**WHEREFORE**, undersigned counsel respectfully asks this Court to grant this motion for an order permitting Mr. Lewis to withdraw his representation of the Plaintiff Anna Lange, and to terminate Mr. Lewis's appearance as counsel of record in this case.

\* \* \*

Respectfully submitted this 30th day of August, 2021.

| | |
|---|---|
| /s/ Kenneth E. Barton III<br>Kenneth E. Barton III<br>Ga. State Bar No. 301171<br>M. Devlin Cooper<br>Ga. State Bar No. 142447<br>COOPER, BARTON & COOPER<br>170 College Street<br>Macon, GA 31201<br>(478) 841-9007 tel.<br>(478) 841-9002 fax<br>keb@cooperbarton.com<br>mdc@cooperbarton.com | David Brown*<br>Noah E. Lewis*<br>Gabriel Arkles*<br>TRANSGENDER LEGAL DEFENSE EDUCATION FUND, INC.<br>520 8th Ave. Ste. 2204<br>New York, NY 10018<br>(646) 862-9396 tel.<br>(646) 993-1686 fax<br>dbrown@transgenderlegal.org<br>nlewis@transgenderlegal.org<br>garkles@transgenderlegal.org |
| Wesley R. Powell*<br>Mary Eaton*<br>Sarah M. Wastler*<br>Jill K. Grant*<br>WILLKIE FARR & GALLAGHER LLP<br>787 Seventh Avenue<br>New York, NY 10019-6099<br>(212) 728-8000 tel.<br>(212) 728-8111 fax<br>wpowell@willkie.com<br>meaton@willkie.com<br>swastler@willkie.com<br>jgrant@willkie.com | Kevin M. Barry*<br>QUINNIPIAC UNIVERSITY SCHOOL OF LAW LEGAL CLINIC<br>275 Mount Carmel Ave.<br>Hamden, CT 06518<br>(203) 582-3238 tel.<br>(203) 582-3237 fax<br>legalclinic@quinnipiac.edu |

*Attorneys for Plaintiff*

* Admitted *pro hac vice*

3

## **CERTIFICATE OF SERVICE**

I certify that on August 30, 2021, I electronically filed the foregoing with the Clerk of this Court by using the CM/ECF system, which will accomplish service through the Notice of Electronic Filing for parties and attorneys who are Filing Users.

*/s/ Noah E. Lewis*
_____
