# EXHIBIT "A"

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ANNA LANGE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | ) 5:19-CV-00392-MTT |
| HOUSTON COUNTY, et al. | ) |
| | ) |
| Defendants. | ) |

## DECLARATION OF KENNETH CARTER

COMES NOW Kenneth Carter, and in accordance with 28 U.S.C. § 1746, hereby declares as follows:

1.

My name is Kenneth Carter. I am over the age of twenty-one (21). I am competent to make this Declaration and have personal knowledge of the information set forth herein. I understand that this Declaration is for use in connection with the above-captioned civil action, and I give it freely for that purpose.

2.

I am the Director of Personnel for Houston County, Georgia. In that capacity, I oversee all personnel administration for County employees. I also oversee the County's various benefit plans, including the health insurance plans. I interact regularly with both staff of the County and its elected Commissioners. I also interact with vendors such as the County's insurance broker, Donna Clark, on issues related to health insurance matters. Because of my involvement, I am familiar with the County's health plan.

3.

In my February 23, 2021 deposition, I testified about a form (marked as Exhibit 4 to that deposition – Doc. 150-2) Anthem sent to the County's insurance broker, Donna Clark, which Clark then sent to me to show the County's election regarding various plan features, including a Nondiscrimination Mandate under Section 1557 of the Affordable Care Act. Either Donna Clark or someone else filled in "No" for the Mandate and I signed the form on December 19, 2018. At the time, I understood this form was sent as a standard piece of documentation because the County's plan is self-insured. When I signed the form, I was not aware Sgt. Lange had met with a surgeon about having sex reassignment surgery or that she had had any communications with Anthem about her request to have the surgery covered under the County's plan. This is, in fact, typical of my role regarding the plan. I help answer simple questions from plan participants and dependents and route questions to others if necessary. But I do not know of individual participants' use of the plan – all claims administration is handled by the plan's third party administrator, Anthem.

4.

In an April 18, 2017 e-mail string with Donna Clark (at Doc. 150-5 at 71) to better understand the Health Plan's coverage of psychological treatments, I said I was "good with nothing being covered" as to Clark's assessment of what was covered. What I meant by that phrase is that I understood Clark's message, not that I was glad for the lack of coverage.

5.

The County has explained its concern with keeping down the overall cost of the health plan. To put that in further context, the County's annual budget is generally around

$50 Million. At $10 Million to $12 Million, the health plan budget has grown over the years to be roughly 20-24 percent of the County's overall budget. While the County recoups some of that amount through per capita fees it charges constitutional officers for the participation of their employees, health plan spending is a significant and growing percentage of the overall budget.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 22 day of December, 2021.

*[signature]*

Kenneth Carter