

**UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

**MINUTE SHEET
OF COURT PROCEEDINGS**

| | | | |
|---|---|---|---|
| Date: | 8/11/2022 | Type of Hearing: | Status Conference |
| Judge: | Marc T. Treadwell | Court Reporter: | Tammy DiRocco |
| Courtroom Deputy: | Kim Tavalero | Law Clerk: | Ben Roth |
| Courtroom: | A | | |

**Case Number:  5:19-CV-392 (MTT)**

| | | | |
|---|---|---|---|
| Anna Lange | | Counsel: | Kenneth Barton<br>David Brown<br>Wesley Powell<br>Amanda Payne |
| v. | | | |
| Houston County, GA, et al | | Counsel: | Patrick Lail<br>Sharon Morgan<br>William Deveney<br>Richard Gignilliat |

*Disclaimer:  Contents of this Minute Sheet are for administrative purposes ONLY and are NOT meant as a substitution for the official court record.  Attorneys should contact the court reporter and order a transcript if there are any questions as to the contents herein.*

**Court time for JS10/MJSTAR:  1 hour / 26 minutes**

| | |
|---|---|
| 10:08 am | Called to order.  Identification of parties.  Preliminary remarks by the Court.  The Court addressed the parties regarding the Defendants' Motion to Certify the Court's June 2, 2022 Order for Interlocutory Review (Doc. 206). |
| 10:10 am | Argument by Mr. Deveney. |
| 10:13 am | The Court addressed the parties. |
| 10:29 am | Argument by Mr. Deveney. |
| 10:46 am | Argument by Mr. Gignilliat. |
| 10:59 am | Argument by Ms. Payne. |
| 11:04 am | Argument by Mr. Deveney. |
| 11:06 am | The Court addressed the parties. |
| 11:07 am | Response by Mr. Powell. |
| 11:12 am | The Court addressed the parties. |
| 11:18 am | Response by Mr. Deveney. |
| 11:19 am | Discussion regarding experts, pretrial submissions and setting a trial date on Title VII damages. |
| 11:23 am | Response by Mr. Powell. |

Lange v. Houston County, GA, et al
5:19-CV-392 (MTT)
Page 2

| | |
|---|---|
| 11:29 am | The Court addressed the parties. |
| 11:32 am | Response by Mr. Powell. |
| 11:34 am | Adjourned. |