BLUE CROSS BLUE SHIELD OF GEORGIA
6087 TECHNOLOGY PARKWAY
MIDLAND, GA 31820

 BlueCross BlueShield of Georgia

4 of 6
61499

11/26/2018

 **Your Request**

Reference Number: UM3321442
Place of Service: Inpatient Hospital
Provider: RACHEL BLUEBOND-LANGNER and NYU LANGONE HOSP TISCH
_More details found at the end of this letter._

**Confidential Health Plan Information for:**
ANNA LANGE
Date of Birth: ▮▮▮▮

**Important information about the request you or your doctor asked us to review.**

Dear Ms. LANGE,

Recently, you or your provider asked us to review a request for the service listed in the table – and the request has not been approved. We'd like to explain why. This service is excluded or not covered under your plan benefits.

The requested service is listed as a benefit exclusion in the member's Certificate of Coverage manual, page 60. Deny Sex Reassignment Surgery as non-covered under the member's healthcare plan. Please see page 60, under the section exclusions where it states what's not covered. The final decision to proceed with the requested service is between the provider and the member. This review is a benefit review and only addresses the requested service as determined by the applicable provisions of the benefit plan.

The requested service is listed as a benefit exclusion in the member's Certificate of Coverage manual, page 60. Deny Sex Reassignment Surgery as non-covered under the member's healthcare plan. Please see page 60, under the section exclusions where it states what's not covered. The final decision to proceed with the requested service is between the provider and the member. This review is a benefit review and only

Blue Cross and Blue Shield of Georgia, Inc. and Blue Cross Blue Shield Healthcare Plan of Georgia, Inc. are independent licensees of the Blue Cross and Blue Shield Association.

LTR301 ENT_ADM DENY_NO_BENEFIT UM3321442 Pat 11/26/2018        Page 7 of 12

P3
Lange v. Houston County, et al.
Case 5:19-cv-00392-MTT

Lange - HC001951



> **Shop around for the best price.**
> Lab tests, scans, X-rays and even procedures like colonoscopies and knee replacements can vary widely in price. Example: An MRI can cost $300 or $3000, depending on where you go. That can make a big difference, even if you're only paying a portion of the cost.

addresses the requested service as determined by the applicable provisions of the benefit plan.

This doesn't mean that you can't or shouldn't receive this service. Only you and your doctor can decide what's best for you. If you have any questions about your benefits, you can call the Member Service number on your ID card.

You, your provider or your authorized representative can get a free copy of the benefit plan information used in making our decision by calling the number on your ID card.

**What's Next**
- You can appeal this decision if you or your provider disagrees with it. We're including appeal information with this letter.
- We've told your provider about this decision and they'll receive the information in this letter.

Sincerely,

Blue Cross Blue Shield of Georgia

**Enclosure:** Your Appeal or Grievance Rights.

**Note:** We're also sending a copy of this letter to RACHEL BLUEBOND-LANGNER and NYU LANGONE HOSP TISCH.

**Your Health Care Team**

| Member | ANNA LANGE | Date of Birth | |
|---|---|---|---|
| Provider | RACHEL BLUEBOND-LANGNER | Status | Out-of-network |
| Facility | NYU LANGONE HOSP TISCH | Status | In-network |

You can learn more about services shown here, including diagnosis and treatment codes and what they mean. Just call the customer service number on your ID card.



## Request Details

| Service | Start Date | End Date | Quantity | Code | Description |
|---|---|---|---|---|---|
| Surgical | 01/31/2019 | 01/31/2019 | 1 Unit(s) | CPT | |
| Surgical | 01/31/2019 | 01/31/2019 | 1 Unit(s) | CPT | |
| Surgical | 01/31/2019 | 01/31/2019 | 2 Unit(s) | CPT 54520 50 | ORCHIECTOMY SIMPLE SCROTAL/INGUINAL APPROACH |
| Surgical | 01/31/2019 | 01/31/2019 | 1 Unit(s) | HCPCS S2900 | SURG TECHNIQUES REQUIRING USE ROBOTIC SURG SYS |
| Surgical | 01/31/2019 | 01/31/2019 | 1 Unit(s) | CPT | |
| Surgical | 01/31/2019 | 01/31/2019 | 1 Unit(s) | CPT 15241 | FTH/GT FR W/DIR CLSR F/C/C/M/N/AX/G/H/F EA20CM/ |

## Inpatient Request Details

| Inpatient Stay | Start Date | End Date | Requested Days | Requested Days Denied | Level of Care |
|---|---|---|---|---|---|
| Initial Request | 01/31/2019 | 01/31/2019 | 1 | 1 | Acute |

## Inpatient Request Details

**Total Days Denied: 1**

### Rights Available to Members
If you don't agree with this coverage decision, you have the right to ask for an appeal. Unless your benefits booklet states otherwise, you must ask for an appeal within 180 calendar days from the date you get this letter. You, your provider or any other person you choose (your authorized representative), may appeal on your behalf. A person of your choice may also help you during the appeals process. You need to let us know, in writing, if you want someone to help or represent you.

### How do I ask for an expedited appeal?
An expedited appeal is available if the timeframe of a standard appeal review would:
- Seriously jeopardize (harm) your life or health;
- Jeopardize your ability to regain maximum function; or
- Subject you to severe pain that can't be adequately managed without care or treatment by waiting for the appeal to be resolved using standard timeframes.

Unless your benefits booklet states otherwise, we will let you know the decision within 72 hours after we receive a qualifying expedited appeal. An expedited appeal is not available for services you have already had.

If you are a member of a self-funded and non-grandfathered health plan, as defined by the Patient Protection and Affordable Care Act (PPACA), you may ask for an expedited external review instead of, or at the same time as, asking for an expedited appeal with us.

You, your doctor or any person you choose, may ask for an expedited appeal or an expedited external review by phone or in writing (see below for contact information).

### How do I ask for a standard appeal?
You can ask for a standard appeal in writing or by phone.

In writing: Send a written request to Grievances and Appeals, P.O. Box 54159, Los Angeles CA 90054. In your request, please let us know that you are asking for an appeal. Include any additional information you have that supports the request.

By phone: Call customer service at the phone number on your member ID card.

Unless your benefits booklet states otherwise, we will send a written decision within 30 calendar days from the date we receive your appeal.

### What should my appeal Include?
Include, if available, the following information with your appeal:
- The member's name and ID number;
- The name of the provider who will or has provided care;
- The date(s) of service;
- The claim or reference number for the specific decision with which you don't agree; and
- The specific reason(s) why you don't agree with the decision.

You have the right, and we encourage you, to give us written comments, documents and other relevant information with your appeal.

Lange - HC001954