IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ANNA LANGE,<br><br>Plaintiff,<br><br>v.<br><br>HOUSTON COUNTY, Georgia, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 5:19-cv-392 (MTT)<br>)<br>)<br>)<br>)<br>)<br>) |

## VERDICT FORM

**We, the jury, for our damages verdict, do find as follows:**

**Question No. 1.** Has plaintiff Sgt. Anna Lange proven by a preponderance of the evidence that she suffered emotional pain and mental anguish as a result of the Exclusion?

Answer YES or NO    **YES**

**Question No. 2.** If your answer is "NO," this ends your deliberations, and your foreperson should sign and date this verdict form.

If your answer is "YES," what amount of money do you award for emotional pain and mental anguish to plaintiff Sgt. Lange?

$ **60,000.00**

**SO SAY WE ALL,** this 27th day of September, 2022..