IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ANNA LANGE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 5:19-CV-00392-MTT |
| HOUSTON COUNTY, GEORGIA, et al., ) | |
| ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' MOTION FOR STAY PENDING APPEAL

COME NOW, Defendants Houston County, Georgia and Sheriff Cullen Talton (in his official capacity) (collectively, "Defendants") and pursuant to Rule 62(c) of the Federal Rules of Civil Procedure, and based upon the attached memorandum in support, move this Court for a stay of the Order for Permanent Injunctive and Declaratory Relief dated October 3, 2022. [Doc. 258.]

Respectfully submitted this 17th day of October, 2022.

*s/ R. Read Gignilliat*
Sharon P. Morgan
Georgia Bar No. 522955
R. Read Gignilliat
Georgia Bar No. 293390
Patrick L. Lail
Georgia Bar No. 431101
William D. Deveney
Georgia Bar No. 219744

ELARBEE, THOMPSON, SAPP & WILSON, LLP
800 International Tower
229 Peachtree Street, N.E.
Atlanta, Georgia 30303
(404) 659-6700
(404) 222-9718 (Facsimile)
morgan@elarbeethompson.com
gignilliat@elarbeethompson.com
lail@elarbeethompson.com
deveney@elarbeethompson.com

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| ANNA LANGE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 5:19-CV-00392-MTT |
| HOUSTON COUNTY, GEORGIA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2022, I electronically filed the foregoing **DEFENDANTS' MOTION FOR STAY PENDING APPEAL** with the Clerk of Court using the CM/ECF System, which will automatically send email notification of such filing to the following attorneys of record:

| | |
|---|---|
| Kenneth E. Barton, III | Wesley R. Powell |
| M. Devlin Cooper | Jill K. Grant |
| | Catherine E. Fata |
| | |
| David Brown | Kevin M. Barry |
| Gabriel Arkles | |

*s/ R. Read Gignilliat*
R. Read Gignilliat
Georgia Bar No. 293390

ELARBEE, THOMPSON, SAPP & WILSON, LLP
800 International Tower
229 Peachtree Street, N.E.
Atlanta, Georgia 30303
(404) 659-6700
(404) 222-9718 (Facsimile)
gignilliat@elarbeethompson.com

*Attorneys for Defendants*