IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ANNA LANGE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 5:19-CV-00392-MTT |
| HOUSTON COUNTY, GEORGIA, et al., ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' MOTION FOR CONTINUANCE OF
JURY TRIAL SET FOR FEBURARY 27, 2023**

COME NOW, Defendants Houston County, Georgia and Sheriff Cullen Talton, in his official capacity ("Defendants"), and, in accordance with Local Rule 6.1, M.D.Ga., move this Court for a continuance of the jury trial currently set for February 27, 2023 on Plaintiff Anna Lange's Equal Protection claim under 42 U.S.C. § 1983 on the grounds that Plaintiff has already been awarded all relief to which she could be entitled in any trial of that claim, and that the outcome of Defendants' appeal of the Court's Order for Permanent Injunctive and Declaratory Relief will determine the propriety and scope of any further trial(s) in this case. In support of this Motion, Defendants file a Memorandum in Support.

Accordingly, Defendants request that the Court grant their Motion for Continuance of Jury Trial Set for February 27, 2023 and enter an appropriate order continuing any further trial proceedings in this action pending disposition of Defendants' appeal.

-2-

Respectfully submitted, this 31st day of October, 2022.

                                            *s/ William D. Deveney*
Sharon P. Morgan
Georgia Bar No. 522955
R. Read Gignilliat
Georgia Bar No. 293390
Patrick L. Lail
Georgia Bar No. 431101
William D. Deveney
Georgia Bar No. 219744

ELARBEE, THOMPSON, SAPP & WILSON, LLP
800 International Tower
229 Peachtree Street, N.E.
Atlanta, Georgia  30303
(404) 659-6700
(404) 222-9718 (Facsimile)
morgan@elarbeethompson.com
gignilliat@elarbeethompson.com
lail@elarbeethompson.com
deveney@elarbeethompson.com

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ANNA LANGE,<br><br>    Plaintiff,<br><br>v.<br><br>HOUSTON COUNTY, GEORGIA, et al.,<br><br>    Defendants. | CIVIL ACTION NO.<br>5:19-CV-00392-MTT |

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2022, I served the foregoing **MOTION FOR CONTINUANCE OF JURY TRIAL SET FOR FEBRUARY 27, 2023,** by filing the same with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to:

| | |
|---|---|
| Kenneth E. Barton, III<br>M. Devlin Cooper | Wesley R. Powell<br>Jill K. Grant<br>Catherine E. Fata<br>Amanda M. Payne |
| David Brown<br>Gabriel Arkles | Kevin M. Barry |

                                                *s/ William D. Deveney*
                                                William D. Deveney
                                                Georgia Bar No. 219744

ELARBEE, THOMPSON, SAPP & WILSON, LLP
800 International Tower, 229 Peachtree Street, N.E.
Atlanta, Georgia 30303
(404) 659-6700
(404) 222-9718 (Facsimile)
deveney@elarbeethompson.com

*Attorney for Defendants*