IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ANNA LANGE, | ) |
|    Plaintiff, | ) ) ) |
| v. | ) )   CIVIL ACTION NO. |
| | )   5:19-CV-00392-MTT |
| HOUSTON COUNTY, GEORGIA; and Houston County Sheriff CULLEN TALTON, in his official capacity, | ) ) ) ) |
|    Defendants. | ) |

**RESPONSE TO DEFENDANTS' MOTION FOR CONTINUANCE OF JURY TRIAL SET FOR FEBRUARY 27, 2023**

COMES NOW Plaintiff Sgt. Anna Lange (hereinafter, "Plaintiff") by and through her undersigned counsel, and respectfully files her Response to the Motion For Continuance of Jury Trial Set For February 27, 2023, (the "Motion"), ECF 272, filed by Houston County, Georgia and Sherriff Cullen Talton, in his official capacity ("Defendants").

**BACKGROUND**

On October 31, 2022, Defendants filed the Motion, requesting a continuance of the jury trial on Plaintiff's Equal Protection claim under 42 U.S.C. § 1983, currently set for February 27, 2023 (the "February trial"). ECF 272. The following day, on November 1, 2022, this Court ordered Plaintiff to respond to the Motion by November 11, 2022. ECF 273. On November 4, 2022, Defendants filed a Notice of Appeal. ECF 274. On November 7, 2022, the parties conferred for the first time regarding the Motion and Defendants' requested relief. Plaintiff now respectfully joins Defendants in requesting that the February trial be continued pending appeal, while reserving all rights with respect to the arguments that Defendants set forth in the Motion.

## ARGUMENT

Plaintiff does not oppose the relief sought in the Motion, namely a continuance of the February trial.  Following the November 7 conference, the parties were able to reach agreement on a proposed order for continuance of the February trial date, and all related deadlines, including substantive responses to the arguments Defendants raised in the Motion, as well as Defendants' *Daubert* motions, ECF 267-271.  A joint proposed order reflecting the parties' agreement is attached hereto.

Plaintiff does not contest Defendants' request for a continuance because she is satisfied that the relief obtained before this Court on her Title VII claim affords her the thing she most needs – coverage for her surgery – and her priority now is to obtain that surgery in a timely manner.  However, Plaintiff cannot relinquish the pending Equal Protection claim given the inherent uncertainty in the appellate process.  For that reason, Plaintiff agrees that a continuance of the February trial pending Defendants' appeal would be beneficial to all parties and respectfully submits that it would also serve judicial economy.

Plaintiff does, however, contest the arguments in the Motion that go to the merits of the claim.  In light of the parties' agreement regarding the requested relief, Plaintiff does not wish to burden the Court with unnecessary briefing on issues that may well become moot.  Plaintiff does not, however, intend to waive or concede these arguments.  If the Court prefers that Plaintiff respond to the Motion in full, Plaintiff respectfully requests a one-week extension to November 18, 2022 to file a Supplemental Response to the Motion.

## CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that this Court grant the parties' joint proposed order and continue the February trial pending resolution of Defendants' appeal on

Plaintiff's Title VII claim, as well as all related dates and Plaintiff's response on the merits to the Motion. In the alternative, Plaintiff requests a one-week extension to file a Supplemental Response to the Motion.

Respectfully submitted, this 9th day of November, 2022.

_/s/ Wesley R. Powell_
Wesley R. Powell*
Jill K. Grant*
Catherine E. Fata*
Amanda M. Payne*
WILLKIE, FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019-6099
(212) 728-8000 tel.
(212) 728-8111 (fax)
wpowell@willkie.com
jgrant@willkie.com
cfata@willkie.com
apayne@willkie.com

David Brown*
Gabriel Arkles*
TRANSGENDER LEGAL DEFENSE EDUCATION FUND, INC.
520 8th Ave. Ste. 2204
New York, NY 10018
(646) 862-9396 tel.
(646) 993-1686 fax
dbrown@transgenderlegal.org
garkles@transgenderlegal.org

Kenneth E. Barton III
Ga. Bar No. 301171
M. Devlin Cooper
Ga. Bar No. 142447
COOPER, BARTON & COOPER
170 College Street
Macon, GA 31201
478-841-9007
478-841-9002 (fax)
keb@cooperbarton.com
mdc@cooperbarton.com

Kevin M. Barry*
QUINNIPIAC UNIVERSITY SCHOOL OF LAW LEGAL CLINIC
275 Mount Carmel Ave.
Hamden, CT 06518
(203) 582-3238 tel.
(203) 582-3237 fax
legalclinic@quinnipiac.edu

*Attorneys for Plaintiff*

*Admitted pro hac vice

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served the foregoing **RESPOSNE TO DEFENDANTS' MOTION FOR CONTINUANCE OF JURY TRIAL SET FOR FEBRUARY 27, 2023** to the Clerk of Court using the CM/ECF system, which will automatically send electronic mail notification of such filing to the following counsel of record, who are CM/ECF participants:

R. Read Gignilliat, Esq.
Sharon P. Morgan, Esq.
Patrick L. Lail, Esq.
William D. Deveney, Esq.
Elarbee, Thompson, Sapp & Wilson, LLP
800 International Tower
229 Peachtree Street, N.E.
Atlanta, Georgia 30303
gignilliat@elerbeethompson.com
morgan@elarbeethompson.com
lail@elarbeethompson.com
deveney@elarbeethompson.com

*Attorneys for Defendants*

This 9th day of November, 2022.

| | |
|---|---|
| /s/ Wesley R. Powell | Kenneth E. Barton III |
| Wesley R. Powell* | Ga. Bar No. 301171 |
| WILLKIE, FARR & GALLAGHER LLP | M. Devlin Cooper |
| 787 Seventh Avenue | Ga. Bar No. 142447 |
| New York, NY 10019-6099 | COOPER, BARTON & COOPER |
| (212) 728-8000 tel. | 170 College Street |
| (212) 728-8111 (fax) | Macon, GA 31201 |
| wpowell@willkie.com | 478-841-9007 |
| | 478-841-9002 (fax) |
| | keb@cooperbarton.com |
| *Admitted pro hac vice | mdc@cooperbarton.com |