**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| ANNA LANGE,                    ) <br> ) <br> ) <br> ) <br> **Plaintiff,**                    ) <br> ) <br> **v.**                    ) <br> ) <br> **HOUSTON COUNTY, Georgia,** *et al.*,    ) <br> ) <br> ) <br> **Defendants.**                    ) <br> _____ ) | **CIVIL ACTION NO. 5:19-cv-392 (MTT)** |

## ORDER

Defendant Sheriff Cullen Talton and Defendant Houston County, Georgia, move for a continuance of the jury trial set for February 27, 2023, pending resolution of the defendants' interlocutory appeal (Doc. 262).  Doc. 272.  Plaintiff Anna Lange does not oppose a continuance.  Doc. 279.  Accordingly, the defendants' unopposed motion for continuance (Doc. 272) is **GRANTED**.  In so doing, the Court does not consider or reach the merits of the defendants' preclusion/direct appeal and double recovery arguments.  As such, upon disposition of the appeal and remand of the case to this Court, should the defendants determine that their preclusion/direct appeal and double recovery arguments remain viable, they may renew those arguments at that time.[1]

**SO ORDERED**, this 17th day of November, 2022.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT

---

[1] Similarly, the defendants' *Daubert* motions (Docs. 267; 268; 269; 270; 271) are **TERMINATED**.  The defendants may renew such motions after the defendants' appeal has been resolved.