ELARBEE THOMPSON

800 International Tower • 229 Peachtree Street, NE • Atlanta, Georgia 30303
Phone: 404.659.6700 • Fax: 404.222.9718 • www.elarbeethompson.com
Elarbee, Thompson, Sapp & Wilson, LLP

WRITER'S DIRECT DIAL: (404) 582-8414
Deveney@elarbeethompson.com

November 21, 2022

VIA CM/ECF

Clerk of the Court
United States District Court
Middle District of Georgia
475 Mulberry Street
Macon, Georgia 31201

      Re:    Lange v. Houston County, Georgia, et al.
                  Civil Action File No. 5:19-cv-00392-MTT

Dear Clerk of Court,

      I represent Defendants in the above-captioned matter. Defendants' Reply Brief to Plaintiff's Response to Defendants' Motion to Stay Pending Appeal (ECF No. 280; *see also* ECF No. 260-1) is currently due on November 25, 2022. Pursuant to Local Rule 6.2, Defendants request a fourteen (14) day extension of time to file Defendants' Reply Brief to Plaintiff's Memorandum of Law in Opposition to Defendants' Motion for Stay Pending Appeal. The new filing deadline would be December 9, 2022. Although Plaintiff previously sought and obtained an extension to file her Opposition on October 27, 2022, this is the first extension sought by Defendants with respect to the briefing of this Motion.

      Thank you for your assistance in this matter.

                                                  Respectfully submitted,

                                                  *s/ William D. Deveney*
                                                  William D. Deveney

cc:    All Counsel of Record (via CM/ECF)