**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| **ANNA LANGE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 5:19-cv-392 (MTT) |
| | ) |
| **HOUSTON COUNTY, GEORGIA,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

On December 30, 2022, the Eleventh Circuit issued its en banc decision in *Adams by & through Kasper v. School Board of St. Johns County*. 2022 WL 18003879 (11th Cir. Dec. 30, 2022). The parties shall supplement their briefs to address what effect, if any, *Adams* has on the defendants' motion to stay injunctive relief pending appeal (Doc. 260) **by January 23, 2023**.

**SO ORDERED**, this 9th day of January, 2023.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT