AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Middle District of Georgia

| Anna Lange | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 5:19-cv-00392-MTT |
| Houston County Georgia, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Anna Lange                                                                 .

Date:  12/11/2025

*Attorney's signature*

Shayna Medley, 5558382
*Printed name and bar number*

305 Seventh Avenue, 15th Fl
New York, NY, 10001

*Address*

smedley@transequality.org
*E-mail address*

(646) 993-1677
*Telephone number*

(646) 993-1686
*FAX number*