AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Middle District of Georgia

| | |
|---|---|
| Anna Lange ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 5:19-cv-00392-MTT |
| Houston County Georgia, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Anna Lange.

Date:   12/11/2025

*Attorney's signature*

Kelly Parry-Johnson, KY Bar No. 95627
*Printed name and bar number*

305 Seventh Avenue, 15th Fl
New York, NY, 10001

Kparry-johnson@transequality.org
*E-mail address*

(646) 993-1677
*Telephone number*

(646) 993-1686
*FAX number*