IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

ANNA LANGE,                                    )
                                               )
                    Plaintiff,                 )
                                               )
                                               )        CIVIL ACTION NO.
       v.                                      )        5:19-CV-00392-MTT
                                               )
HOUSTON COUNTY, GEORGIA, et al.,               )
                                               )
                    Defendants.                )

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys

for the parties that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-

captioned action is hereby dismissed with prejudice.  Each party will bear her or its own costs.

This stipulation may be filed by any party without further notice.

       This 8th day of June 2026.

_s/ Patrick L. Lail_
Sharon P. Morgan
Georgia Bar No. 522955
Patrick L. Lail
Georgia Bar No. 431101
Fisher & Phillips, LLP
1230 Peachtree Street, N.E.
Atlanta, Georgia 3030
(404) 231-1400
(404) 240-4249 (Facsimile)
smorgan@fisherphillips.com
plail@fisherphillips.com

_Attorneys for Defendants_

Kenneth E. Barton III                Shayna Medley*
Ga. State Bar No. 301171             Ezra Cukor*
M. Devlin Cooper                     Advocates for Trans Equality
Ga. State Bar No. 142447             307 Seventh Avenue, 15th Fl
Cooper, Barton & Cooper              New York, NY 10001
170 College Street                   (616) 993-1677
Macon, GA 31201                      smedley@transequality.org

(478) 841-9007 tel.
(478) 841-9002 fax
keb@cooperbarton.com
mdc@cooperbarton.com

*Attorneys for Plaintiff*

s/ Jill K. Grant
Wesley Powell*
Jill K. Grant*
Amanda Payne*
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099
(212) 728-8000 tel.
(212) 728-8111 fax
wpowell@willkie.com
jgrant@willkie.com
apayne@willkie.com

*Attorneys for Plaintiff*

*Admitted pro hac vice.*

ecukor@transequality.org

*Attorneys for Plaintiff*